## FOURTH DEPARTMENT, OCTOBER, 1935.

MAZIE LEAVENS WINSLOW, Appellant, v. BERNARD M. RANK, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied. Memorandum. We construe the exception contained in subdivision 2 of section 21-a of the Buffalo City Court Act (Laws of 1909, chap. 570, as amd. by Laws of 1926, chap. 333), when read in connection with the remainder of the section, as giving to the City Court of Buffalo jurisdiction of the parties in those actions — of which the case before us is one — where all the defendants are residents of Erie county and all the plaintiffs are non-residents of the county. "Freedom to construe is not freedom to amend." (Sexauer & Lemke v. Burke & Sons Co., 228 N. Y. 341, 345.) All concur. (The order affirmed an order of the City Court of Buffalo setting aside service of summons.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

A. ELTING BRAYTON, Receiver of The Herkimer National Bank, Respondent, v. CHARLOTTE COYE DAGER, Individually and as Executor, etc., of ADAM DAGER, Deceased, Appellant.— Order affirmed with ten dollars costs and disbursements. All concur. (The order strikes out the affirmative defenses in the answer, in an action to recover an assessment on bank stock.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WALTER JOHNSTON, as Administrator, etc., of JAMES WILLIAM JOHNSTON, Deceased, Respondent, v. MYRTIE W. WELCH, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment is for damages in an automobile negligence case. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of CATHERINE SMITH, Deceased.— Decree so far as appealed from affirmed, with costs. All concur. (The decree dismisses objections to account of the executrix wherein credit is claimed for the amount of Liberty bonds stolen from the executrix.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [148 Misc. 585.]